#60625

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-60052-RK |
| | ) | |
| ROWE, JENNIFER LYNN | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge: KENDIG |
| | ) | |
| | ) | |

**TRANSMITTAL OF UNCLAIMED FUNDS**

ANNE PIERO SILAGY, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

Wooster Community Hospital
c/o TC Companies
P.O. Box 3230
Cuyahoga Falls, Ohio 44223-0530
Claim No. 3 - $216.85
Dividend Paid - $225.09

2. Your trustee's check for $225.09 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: May 13, 2010

ANNE PIERO SILAGY, Trustee
220 Market Ave South
Suite 900
Canton, OH 44702
(330) 456-0900

cc: United States Trustee